No. 80–721. ELDER, DBA VORPAL GALLERIES v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 80–723. PATRICELLI v. MECCA LTD. ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–724. McCUTCHEON v. BOARD OF EDUCATION OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied.

No. 80–729. OWEN, ADMINISTRATOR v. MESERVE ET AL., TRUSTEES. Sup. Jud. Ct. Mass. Certiorari denied.

No. 80–736. SPENCE v. SECURITIES AND EXCHANGE COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 80–740. ECKMAN v. UNITED STATES;
No. 80–5484. BLUM v. UNITED STATES; and
No. 80–5491. MACHI v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: No. 80–740, 631 F. 2d 725; Nos. 80–5484 and 80–5491, 631 F. 2d 726.

No. 80–743. SHAPIRO ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 80–744. ARCINIEGA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–748. ROOT v. WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND. C. A. 9th Cir. Certiorari denied.

No. 80–755. DeSIMONE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–774. HUGHES AIRCRAFT CO. ET AL. v. MESSER-SCHMITT-BOELKOW-BLOHM, GMBH. C. A. 5th Cir. Certiorari denied.